| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | JEREMY J. KELLEY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |







**FILED**

NOV 2 3 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

INFORMATION ASSOCIATED WITH
SHARAKELSEY8@GMAIL.COM THAT IS
STORED AT PREMISES CONTROLLED BY
GOOGLE, INC.

CASE NO. 2:16-SW-739-KJN

[~~PROPOSED~~] ORDER COMMANDING GOOGLE,
INC. NOT TO NOTIFY ANY PERSON OF THE
EXISTENCE OF Warrant

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account: SHARAKELSEY8@GMAIL.COM listed in the Warrant) of the existence of the attached Warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached Warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google, Inc. shall not disclose the existence of the attached Warrant or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of the Court's order, except that Google, Inc. may disclose

1 | the attached Warrant to an attorney for Google, Inc. for the purpose of receiving legal advice.

2 |         IT IS FURTHER ORDERED that the application and this Order are sealed until

3 | otherwise ordered by the Court.

6 | Dated:   Nov. 23 2016

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE